## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 12-cv-00534-CMA-MJW

BILLY VON HALLCY,

    Plaintiff,

v.

SERGEANT BARTSCH,

    Defendant.

## ORDER ADOPTING AND AFFIRMING AUGUST 1, 2012
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This case was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 16.)  On August 1, 2012, Judge Watanabe issued a Recommendation (Doc. # 29), advising the Court to deny Plaintiff's Motion to File an Amended Pleading (Doc. # 18) and to grant Defendant's Motion to Dismiss (Doc. # 20).  On August 14, 2012, Plaintiff timely filed an objection to the Recommendation.  (Doc. # 30.)

    When a magistrate judge issues a recommendation on a dispositive matter, Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." In conducting its review, "[t]he district judge may accept, reject, or modify the

recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

In the instant case, Plaintiff does not "properly object[]" to any part of the Recommendation. Instead, he reiterates arguments and issues that were properly before the Magistrate Judge at the time his Recommendation issued. Nonetheless, the Court has conducted a *de novo* review of this matter, including reviewing all relevant pleadings, the Recommendation, and Plaintiff's objection thereto. Based on this *de novo* review, the Court concludes that Judge Watanabe's Recommendation is correct and is not called into question by Plaintiff's objection.

Accordingly, it is ORDERED that:

1. The Recommendation of the United States Magistrate Judge (Doc. # 29), filed August 1, 2012, is AFFIRMED and ADOPTED as an Order of this Court.

2. Plaintiff's objection (Doc. # 30) is OVERRULED.

3. Pursuant to the Recommendation:

   a. Plaintiff's Motion to File an Amended Pleading (Doc. # 18) is DENIED.

   - and -

   b. Defendant's Motion to Dismiss (Doc. # 20) is GRANTED.

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.

5. This case is DISMISSED.

DATED: August  31 , 2012

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge