**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00534-CMA-MJW

BILLY VON HALLCY

      Plaintiff,

v.

SERGEANT BARTSCH,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming August 1, 2012 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on August 31, 2012 it is

ORDERED that Defendant's Motion to Dismiss (Doc. # 20) is GRANTED. Accordingly, Judgment is entered in favor defendant Sergeant Bartsch and against plaintiff Billy von Hallcy, and the complaint and this civil action are dismissed.

    Dated at Denver, Colorado this 4th day of September, 2012.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/Sandra Hartmann

                                    Sandra Hartmann
                                    Deputy Clerk